IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| 14925 MEMORIAL, LTD. and TRIYAR RETAIL GROUP OF TX, LLC<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY, CLEAR BLUE SPECIALTY INSURANCE COMPANY, ARCH SPECIALTY INSURANCE COMPANY, JAMES RIVER INSURANCE COMPANY, LANDMARK AMERICAN INSURANCE COMPANY, ASPEN SPECIALTY INSURANCE COMPANY, SOMPO AMERICA INSURANCE COMPANY, McLARENS, INC., AND TIMOTHY BENNETT<br><br>Defendants. | §§§§§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO.<br><br>4:17-CV-01683 |

**CONSENT TO REMOVAL BY DEFENDANT SOMPO JAPAN INSURANCE COMPANY OF AMERICA, INCORRECTLY NAMED AS SOMPO AMERICA INSURANCE COMPANY**

TO THE HONORABLE JUDGE OF SAID COURT:

1. On May 3, 2017, Plaintiffs filed an action styled Cause No. 2017-29875, *14925 Memorial, Ltd. and Triyar Retail Group of TX, LLC v. Lexington Insurance Company, Clear Blue Specialty Insurance Company, Arch Specialty Insurance Company, James River Insurance Company, Landmark American Insurance Company, Aspen Specialty Insurance Company, Sompo America Insurance Company, McLarens, Inc. and Timothy Bennett* in the 157th Judicial District Court of Harris County, Texas.

2. Defendant Sompo Japan Insurance Company of America, incorrectly identified as Sompo America Insurance Company was served with process on May 26, 2017.

3. Defendant Lexington Insurance Company filed a Notice of Removal on June 5, 2017.

4. Defendant Sompo Japan Insurance Company of America, incorrectly identified as Sompo America Insurance Company consents to the removal of this action to federal court.

DATED: June 7, 2017

Respectfully submitted,

_____
Authorized Representative of Sompo
Japan Insurance Company of America

Print: Randy Nelson

Position: counsel of record